UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JOEL JAMES CLOUD, | No. 2: 19-cv-2249 KJN P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| CDCR, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983, and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis is granted.

Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). By this order, plaintiff will be assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time

the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Plaintiff opened this action by filing a petition for writ of habeas corpus. (ECF No. 2.) On December 5, 2019, the undersigned issued an order construing this action as a civil rights action because plaintiff challenged conditions of confinement. (ECF No. 6.) In the December 5, 2019 order, the undersigned granted plaintiff thirty days to submit an application to proceed in forma pauperis. (Id.) Now that plaintiff has submitted the in forma pauperis application, the habeas corpus petition is dismissed with thirty days to file a civil rights complaint on the form provided by the Clerk of the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. The habeas corpus petition filed July 22, 2019 (ECF No. 2) is dismissed with thirty days to file a civil rights complaint. Failure to file a civil rights complaint within that time will result in a recommendation of dismissal of this action;

4. The Clerk of the Court is directed to send plaintiff the form for a civil rights complaint by a prisoner.

Dated: December 30, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cloud2249.dis

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JAMES CLOUD,<br><br>        Plaintiff,<br><br>   v.<br><br>CDCR, et al.,<br><br>        Defendants. | No. 2: 19-cv-2249 KJN P<br><br>NOTICE OF SUBMISSION |

    Plaintiff hereby submits the following document in compliance with the court's order filed_____.

    _____ Copies of the Complaint

DATED:

                                                                            _____

                                                                            Plaintiff